THE STATE OF OHIO, APPELLEE, *v.* ASHBURN, APPELLANT.

[Cite as *State v. Ashburn* (1997), 78 Ohio St.3d 1221.]

(No. 96–1585—Submitted April 1, 1997—Decided May 14, 1997.)

*David A. Hackenberg,* Director of Law, and *Robert A. Beutler, Jr.,* Assistant Director of Law, for appellee.

*Steven D. Christopher,* for appellant.

The appeal is dismissed, *sua sponte,* as having been improvidently allowed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.